Good morning, Your Honors. This is Val Zander on behalf of the Pension and Retirement Service. This is an issue reversed because the complaint in this case absolutely stated points for violations of the Security Laws as of this time. I point you to the three test facts. There's no point. Number one, the defendants admitted that they could verify a congregate problem in August of 2011, which is two months prior to last year's review. Test facts were identified as written in page 7 in their reviews of the complaint. Number two, in December of 2011, which is only two months prior to last year's review, the CEO in a private email acknowledged that he had personally dedicated classes several months prior to focusing on teaching, assisting on our coaching technologies, the primary training century, and is currently in its 13th year of 64. Example of doesn't Ubiquiti disclose the fact that there's counterfeiting in their registrations anyway. They don't. What they disclose, and sorry, I apologize. I got the original response. No. But let me, let me conclude it. Because, you know, just all of us, you know, I read it. This is the case. I think there has been a struggle in the past. We have attempted to work, or we have worked on this. We're going to get better. We're not going to be as successful as we would be in the conservative future. So, you're saying that they don't print it out of their registration? They take it just about those words. They talk about it. They say, we need to get the cash out and expect you to be sure to find it. We don't think that's in the market. We saw this in the new Congress. They, they only disclose it. They have a question. It's been going on for years. When you disclose a problem, when you don't say, so, are you really, really being helpful in what you're saying? It's a matter of degree. And so, just because it's that small, it can't solve it, right? It's more than a matter of degree. The problem is that by saying, in the past we have found, and in the future we expect to find, they're concealing this huge problem in the current. And there's more of that because they talk about it specifically in the language they said, talked about. What does it have to do? And so, we found, if Jennifer Newhart's happened, if Jennifer Newhart happened to say a word, instead of talking about it, she's talking to this court. So, that Newhart's there to describe it. This is where it can converge instead, to warn the people to look toward when they occur, even if it's an accusation. It's great. But to caution them that it is only possible when they have favorable behavior toward what they've heard is to speak. So, here we have the language in the union that we're talking about. I'm sorry. As a key person to this court's decision, I would like to put you on the decision. This is where we do this, too. If Jennifer Newhart is talking, if it's something that you're interested in, that you're interested in, and what you're arguing is that you want to fake this or throw out this statement, then the question is, are there relations? What is the relationship that's underlying this statement? And, of course, if your argument is a positive or a negative, then this is a little bit of a win-win deal with the situation. I was trying to figure out, it's great because you're supposed to be worried about it, but you don't have to worry about it. I'm not sure which date it is. I think it's the date that they inferred, which is the date that I'm on at this point. But I think I can help specifically with the registration statement, which is what I think you're on. It was 60 days before the registration statement. The counterfeiters achieved $1.68 million worth of goods around the world. That's in paragraph 84. That represents 10%. But if you look at these earnings for the prior quarter, this material, how do we know it's material? We can see O'Hare is the one spending all of its time focused on the piece. It's 60 days before the registration statement, and it's only won $1.16 million worth of facilities in China. But all you can actually put it down to from 2005, that's in paragraphs 81, 84, and 86. We've made those estimates and produced another 30,000 charts and circuit boards between June and August of 2005. That's in paragraphs 51 and 83. And they show that there's whites. We have a slide for the trademark in the United States. That's in paragraph 86. That's what's all within. That's what's in the statement. So that's why I'm trying to figure out, like, we have all of this information on a total of 14. So you're saying that, you know, we're going to have some states where you don't have to go back to 2005 because their language that we knew in the past, and I promise it's not a fake, could be talking about that. But they have a current big problem, and it's not just a band-aid thing. Let's get on with talking about the past and future. And they did worse than that. They're just spending hours and hours and hours and hours and a study for evaluation results. And it's getting worse and worse. And we're going to need to talk about that as well. But that's just the definition of the language that's used today. And there's some information. So every briefing, every presentation, every counter-bidding, every outreach meeting, whether it's your student deal or not, the auditors that are supposed to be speaking to the student, the students on each side of the briefing stage, what they were talking about internally, their focus internally seems to be that they were very concerned about the mess that's going on in the world. And the fact that they now want to talk about it in public is something that we're going to have to go into some research on. So we should not be doing this. It's going to take too long. It's going to take years for us to actually put it on the phone. We're going to need to get rid of it. If you're planning to do anything, there's a lot of analysts that are ruling that you can't do anything. It's not that you can't do much. You're not under any standard. It's still essential. That's your liability sanction. There's no standard requirement. It's a question of whether your words, if you're a very words lover and could cause a problem, or if those words are materially misleading, if the fact that it is currently a massive problem and that within days and months of the registration system that you want to come up with $6.8 million worth of goods for it should be a real problem. So I'm not correcting you. I'm just paraphrasing you and saying that the omission or the sexual assault would have been a current situation and we would have expected the fact that it was set because we currently have a major copyright problem or a copyright check problem or whatever the word is. That's fine, everyone, but if you needed to acknowledge that there's a current significant problem, so there's all sorts of things that would actually create a problem at all, actually create a problem at all, and that it was a significant problem and it's difficult to address what you're talking about as a distinction between broken or something that a company may not come forward with in a very detailed and detailed request. They may be talking about the copyright and particularly where they're speaking about it. When it comes to that whole situation, they need to speak in a way that is not misleading and is absolutely due to your registration system. And if I may, I'd like to go on to the journey and I'd like to talk about the standard because the standard for this program is overwhelming. Before, between just two weeks, before, between the registration statement on October 14, which is July, and their report on first quarter results in November, on November 14, 2007, in the first release in November, Bochy, the parent agent, had shipped another 8,000 copyrights and they had another 6,000 ready to ship since October 1, 2016 at this point. So from all of the papers, you know it's business as usual that if you can do a good job to train the agents, agents, agents, of Bochy as a potential distributor to confirm that the Chinese products are true and the intent of Bochy as a distributor to confirm that they're also doing their part to resolve the emergency and arrange for the Chinese police to bring in the Bochy copyright agent And yet, they still, in the first quarter, in the report of the first quarter of 2007, at the same time that the Bochy branch and such a number of Chinese car owners who probably are Chinese agents, were to occur, our financial condition could be materially and adversely affected. They didn't make it to the second quarter. So the second quarter, in the same day, we arrested one of the Chinese police that closed the cemetery and gave us a meeting to release. And when you grew the country, you had to use politics to open up your financial center. This was a problem that was growing exponentially and expanding. Yet, in such a historic CEO era of finance, financial trust, being threatened to actually increasing the image of China, this problem is massively escalating. And yet, they say, reporting the second quarter results, they say, it's not a big worry, it's not a big thing. It's fine. It's fine. It's a financial condition. So I'm repeating myself, which is the reason why I'm doing this. Let me ask you a question as it goes to the Bochy charity. Are you in a position that that would be an opinion? Absolutely not. Okay. Is statehood a fact? Well, the statehood fact, the misstatement fact, is if terrorism were to occur, the miscompeting statement is that we can understand this problem and we expect it in the future and that there could be an increase in terrorism were to occur, then some of the statement seems to be heavy on the custody. And there's no reason for it to be heavy on the custody. And of course, the commission, and there's other scholars that are going to use this, but it's not going on. Correct. And I would say it's more than a commission. It's a misstating statement when they say it's occurring and it suggests this. That is more than just a statement. Over the current term period, it actually suggests this. And again, it is, I suppose, a misstating statement and also a commission. Yes. Thank you. There's other sources. I'm not sure if there's any information. Okay. Next slide. The future auditors and the agency's public officials are going to be working to implement the available agencies. The future auditors Okay. And the other thing I'd like to address is let me just take a look at this. These statements, I'm just going to start with mine, you can't just put money here, you have to leave it where you have it. You synthesize it. You use it to talk about some material that actually looks better. And you may well have a section where it looks like you need and it looks to me that you need to have these papers in your hands or in your hands and you can take it and put it in your pocket. The future auditors are interested in this because the future auditor is going to be very specific about the agency that you should recognize by the security policy. Now, you're not going to be able to do this if you don't have some of this or some encouragement from some future auditors and the agency. So, the future auditors have some recommendations that you can make. Um, there's this report of the first agency reporting on cases based upon their emergency environment. The rule of the circuit appears to be as follows. When a company is following safety precautions and specific discussions regarding risks facing the company as opposed to those to various existing policies on areas of interest, it can be heard to recall the risks or areas in their agencies. Your honor, this appears the rule of the circuit has been that you need to be strong to be false or without bias because it is difficult to see how you can recall the decisions of this court. If you are able to report on the case and the serious involvement in the case of Milton Robinson.       on the case and the serious involvement in the case of Milton Robinson. I think if all of you would like to address this question  now, I can't answer this question right now. I can't answer this question right now. I can't answer this question right now.    this question right now. I can't answer this question right now. I can't answer       answer this question right now. I can't answer this question right  . I  answer this question right now. . . . . . . . . . . . . . I answer . I answer . . . . . . . . . . . . . , . . . D
judges: McKeown, Graber, Peterson